UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LEONARD A. ROBINSON, ET AL.                CIVIL ACTION

VERSUS

AMERICAN SECURITY INSURANCE            NO. 25-00713-BAJ-EWD
COMPANY

## RULING AND ORDER

Before the Court is Defendant's **Motion For Summary Judgment (Doc. 11, the "Motion")**. Plaintiffs did not respond to the Motion, and their time to do so under the Court's Local Civil Rules has passed.

The Magistrate Judge issued a **Report And Recommendation (Doc. 14, the "Report")** recommending that the Court grant Defendant's Motion and dismiss with prejudice all Plaintiffs' claims against Defendant. There are no objections to the Report.

Having carefully considered Plaintiffs' Complaint (Doc. 1-1), the underlying Motion (Doc. 11), and the Magistrate Judge's Report (Doc. 14), the Court **APPROVES** the Magistrate Judge's Report And Recommendation and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that Defendant's **Motion (Doc. 11)** be and is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that the above-captioned action be and is

hereby **DISMISSED WITH PREJUDICE**.

Judgment shall issue separately.

**IT IS FURTHER ORDERED** that the Clerk of Court shall transmit this Ruling and Order to Plaintiffs Leonard A. Robinson and Peggy M. Robinson by regular mail and by certified mail, return receipt requested, to the address listed on PACER.

Baton Rouge, Louisiana, this 8th day of January, 2026

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**